UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALDSONVILLE GLASS AND BODY WORKS, INC. | CIVIL ACTION |
| VERSUS | 22-817-SDD-RLB |
| CITY OF GONZALES, ET AL. | |

consolidated with

| | |
|---|---|
| SOUTHERN TOWING & TRANSPORT, LLC, ET AL | CIVIL ACTION |
| VERSUS | 23-473-SDD-RLB |
| CITY OF GONZALES | |

### VERDICT FORM

**I. Southern Towing & Transport, LLC**

1. Do you find plaintiff, Southern Towing & Transport, LLC engaged in constitutionally protected activity?

    Yes __✓__    No _____

[If your answer to Question 1 is "No," move on to Section II below. If your answer is "Yes," go to Question 2]

2. Do you find the City of Gonzales' exclusion of Southern Towing & Transport, LLC from inclusion on the towing rotation list was substantially motivated against Southern Towing & Transport, LLC's exercise of constitutionally protected conduct?

    Yes _____    No __✓__

[If your answer to Question 2 is "No," move on to Section II below. If your answer is "Yes," go to Question 3]

3. Do you find the City of Gonzales' actions caused Southern Towing & Transport, LLC to suffer an injury that would chill a person or corporation of ordinary firmness from continuing to engage in that activity?

Yes _____   No _____

[If your answer to Question 3 is "No," move on to Section II below. If your answer is "Yes," go to Question 4]

4. What amount do you find Southern Towing & Transport, LLC is entitled to in nominal damages?

$_____

**II. Gonzales Towing and Repair, LLC**

5. Do you find plaintiff, Gonzales Towing and Repair, LLC engaged in constitutionally protected activity?

Yes ____✓_____   No _____

[If your answer to Question 5 is "No," you are done. Go to the last page, have the jury foreperson sign and date this form, and notify the CSO that you have reached a verdict. If your answer is "Yes," go to Question 6]

6. Do you find the City of Gonzales' exclusion of Gonzales Towing and Repair, LLC from inclusion on the towing rotation list was substantially motivated against Gonzales Towing and Repair, LLC's exercise of constitutionally protected conduct?

Yes ____✓_____   No _____

[If your answer to Question 6 is "No," you are done. Go to the last page, have the jury foreperson sign and date this form, and notify the CSO that you have reached a verdict. If your answer is "Yes," go to Question 7]

7. Do you find the City of Gonzales' actions caused Gonzales Towing and Repair, LLC to suffer an injury that would chill a person or corporation of ordinary firmness from continuing to engage in that activity?

Yes _____✓_____    No _____

[If your answer to Question 7 is "No," you are done. Go to the last page, have the jury foreperson sign and date this form, and notify the CSO that you have reached a verdict. If your answer is "Yes," go to Question 8]

8. What amount do you find Gonzales Towing and Repair, LLC is entitled to in nominal damages?

$ __2500.00__

Have the Foreperson sign and date this verdict form and tell the Court Security Officer that you have reached a verdict.

SO SAY WE ALL on October 30, 2024 in Baton Rouge, Louisiana.



_____
JURY FOREPERSON