UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALDSONVILLE GLASS AND BODY WORKS, INC. | CIVIL ACTION |
| VERSUS | 22-817-SDD-RLB |
| CITY OF GONZALES, ET AL. | |

consolidated with

| | |
|---|---|
| SOUTHERN TOWING & TRANSPORT, LLC, ET AL | CIVIL ACTION |
| VERSUS | 23-473-SDD-RLB |
| CITY OF GONZALES | |

### JUDGMENT

Considering the Jury Verdict[1] following a trial on Plaintiffs' First Amendment retaliation claims and the Court's Rulings on Louisiana state law claims[2] and claim for declaratory and injunctive relief:[3]

Judgment is hereby entered in favor of Gonzales Towing and Repair, Inc. and against the City of Gonzales on the First Amendment retaliation claim.

Judgment is hereby entered in favor of the City of Gonzales and against Gonzales Towing and Repair, Inc. on the Louisiana state law claims and the claims for declaratory and injunctive relief asserted by Gonzales Towing and Repair, Inc.

---

[1] Rec. Doc. 83.
[2] Rec. Doc. 54.
[3] Rec. Doc. 91.

Judgment is hereby entered in favor of the City of Gonzales and against Southern Towing & Transport, LLC on all claims.

The City of Gonzales is ordered to pay Gonzales Towing and Repair, Inc. $2500.00 in nominal damages.

Baton Rouge, Louisiana, this 20th day of May, 2025.

SHELLY D. DICK
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA